IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLIN ALEXANDER HOLTZ,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>  Defendant. | CV 25-77-M-KLD<br><br><br>ORDER |

The parties have filed a Stipulated Motion to Remand. (Doc. 10). Accordingly, and good cause appearing,

IT IS ORDERED that the Stipulated Motion to Remand is GRANTED. The Commissioner's decision in regard to Plaintiff's applications for disability benefits is REVERSED and REMANDED to the Commissioner of Social Security. On remand, the Commissioner will further develop the record as necessary and issue a new decision.

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 17th day of September, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge