IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| COLIN A. HOLTZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 25-77-M-KLD<br><br><br>ORDER |

　　　Plaintiff Colin Holtz has filed a motion for an award of attorney fees. (Doc. 12). Motions are governed by District of Montana Local Rule 7.1, which provides in pertinent part that the text of a motion must state that other parties have been contacted and whether any party objects to the motion. See L.R. 7.1(c)(1)(A). The Local Rules are available on the Court's website at http://www.mtd.uscourts.gov/local-rules. Plaintiff has not stated whether the Defendant has been contacted and whether there is an objection to the motion for attorney fees. Accordingly,

　　　IT IS ORDERED that Plaintiff's motion for attorney fees is DENIED

without prejudice. Plaintiff may file a renewed motion for attorney fees, provided the motion complies with Local Rule 7.1

DATED this 22nd day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge