## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| COLIN A. HOLTZ,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO, Commissioner<br>    of Social Security Administration,<br><br>                    Defendant. | Case No. CV-25-77-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that an award of attorney fees and expenses in the amount of $2,228.78 shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the Equal Access to Justice Act ("EAJA"). These fees are awarded to Plaintiff and not Plaintiff's attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under Astrue v. Ratliff, 560 U.S. 586 (2010). After entry of the award, if Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to offset, Defendant will direct payment of the award to Plaintiff's counsel pursuant to an EAJA assignment.

Dated this 24th day of October, 2025

TYLER P. GILMAN, CLERK


By:    /s/ Hailey Jaksha

            Deputy Clerk